```
                          United States Bankruptcy Court
                          Northern District of Alabama
```

In re:                                                          Case No. 17-81284-CRJ
Michael Ratcliff                                                Chapter 13
Christine A. Ratcliff
      Debtors

# CERTIFICATE OF NOTICE

District/off: 1126-8        User: admin            Page 1 of 1           Date Rcvd: Apr 24, 2019
                            Form ID: pdfsty        Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db/jdb        +Michael Ratcliff,   Christine A. Ratcliff,   2121 Griffith Dr,   Huntsville, AL 35810-2203
cr            +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
10020545      +US BANK TRUST NATIONAL ASSOCIATION,   c/o,   BSI Financial Services,
               1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2019 03:00:44
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chalet Properties III, LLC
                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
         Jacob Pippin Mauldin    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION
          jmauldin@rubinlublin.com,
          lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;jd
          abbs2@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
         Jacob Pippin Mauldin    on behalf of Creditor    BSI jmauldin@rubinlublin.com,
          lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;jd
          abbs2@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
         Melissa W. Larsen    on behalf of Joint Debtor Christine A. Ratcliff mwlarsen67@gmail.com,
          pbetancur.dezlaw@gmail.com;r64206@notify.bestcase.com
         Melissa W. Larsen    on behalf of Debtor Michael   Ratcliff mwlarsen67@gmail.com,
          pbetancur.dezlaw@gmail.com;r64206@notify.bestcase.com
         Michele T. Hatcher    ecf@ch13decatur.com,  michele.hatcher@ch13decatur.com
                                                                                            TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: : CASE NO: 17-81284-CRJ-13
:
: CHAPTER: 13
:
MICHAEL RATCLIFF :
CHRISTINE A. RATCLIFF :
    Debtors :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**AGREED ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST, for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay (the "Motion") which was scheduled for hearing on April 17, 2019 (the "Hearing"). Movant seeks relief as to real property located in Madison County, Alabama, now or formerly known as 2121 Griffith Dr., Huntsville, AL 35810 (the "Property"), as more particularly described in Exhibit "B" attached to the Motion. At the hearing the parties announced an agreement had been reached, and based upon the agreement of the parties the Court finds good cause exists to modify the stay.

It is therefore **ORDERED, ADJUDGED and DECREED** that the Motion is **CONDITIONALLY DENIED** as follows:

Movant shall supplement its Proof of Claim/file a Proof of Claim to include the following post-petition mortgage arrearages totaling $9,450.12:

| Description | FROM | TO | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment Group 1 | 08/01/2017 | 04/01/2018 | 9 | $488.89 | $4,400.01 |
| Missed Payment Group 2 | 05/01/2018 | 04/01/2019 | 12 | $428.74 | $5,144.88 |
| Suspense Balance Credit | | | 1 | $-94.77 | $-94.77 |

The Trustee is authorized to modify the Plan to provide for the post-petition mortgage claim.

Beginning on **May 1, 2019**, Debtors shall pay all future monthly mortgage payments as and when due. These payments shall be governed by Strict Compliance provisions as detailed below.

Should the Debtors default under the mortgage agreement between the parties beginning **May 1, 2019**, the Motion for Relief from Stay is granted if the Movant gives the Trustee, Debtors, and the Debtors` attorney twenty (20) days written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date the notice is issued, Movant shall file a Notice of Termination of Stay with the Court. Further, Movant is allowed to communicate with the Debtors' attorney any communication required under the note and mortgage or under state law. Waiver of default shall not constitute waiver of subsequent default.

Dated this the 24th day of April, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared and Submitted by:

/s/ Jacob Mauldin
Jacob Mauldin
AL State Bar No. ASB-7826-B44M
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
jmauldin@rubinlublin.com
Attorney for Creditor

Consented to by:

/s/ Melisa W. Larsen
Melissa W. Larsen, Esq.
AL State Bar No. 9157S69M
521 Madison Street
Suite 201
Huntsville, AL 35801
256-970-4217
mwlarsen67@gmail.com
Attorney for Debtors

No Opposition to by:

/s/ Leigh A. Carr
Leigh A. Carr
Staff Attorney
Michele T. Hatcher, Standing Chapter 13 Trustee
AL State Bar No.
PO Box 2388
Decatur, AL 35602
256-350-0442